AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03332-JEB |
| Clarence L. Werner | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant: Clarence L. Werner

Date:   02/08/2022

*Attorney's signature*

Amanda Norton, Bar No. 1027180
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
*Address*

anorton@sidley.com
*E-mail address*

(202) 736-8578
*Telephone number*

(202) 736-8711
*FAX number*